UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

P.R.V., A MINOR BY AND THROUGH HER GUARDIAN AD LITEM EUFEMIA SAMANTHA VALDEZ,

Plaintiff,

v.

PIONEER UNION ELEMENTARY SCHOOL DISTRICT; COACH JOHN DARPLI and DOES 1 through 10, inclusive,

Defendants.

Case No. 1:24-cv-01239-KES-FJS

ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL

(ECF No. 26)

On November 11, 2026, the parties filed a stipulation of dismissal of the entire action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 49.) The parties indicate that this dismissal resolves all pending claims between them and that the right to seek costs and attorney fees in this action has been waived. In light of the stipulation of dismissal, this action has been terminated, *see* Fed. R. Civ. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated: **November 13, 2026**

UNITED STATES MAGISTRATE JUDGE